UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20050-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**TOMAS VALE VALDIVIA**,

    Defendant.
_____/

# ORDER

THIS CAUSE came before the Court on Defendant's Sealed Motion re: Initial Budget [ECF No. 661], and Magistrate Judge Lisette M. Reid's Sealed Report and Recommendation [ECF No. 670]. The Court sees no likelihood of any party filing objections to the Report. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 670]** is **AFFIRMED**, and the Motion **[ECF No. 661]** is **GRANTED**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record